## LEWINSON v. CREWS, COUNTY CLERK OF KINGS COUNTY.

No. 230. Decided October 14, 1968.

*Emanuel Redfield* for appellant.

*Seymour Besunder* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

## ESTATE OF BURNELL v. COLORADO.

No. 239. Decided October 14, 1968.

*Lawrence Speiser* for appellant.

*Duke W. Dunbar,* Attorney General of Colorado, *Richard D. Robb,* Assistant Attorney General, and *Frank E. Hickey,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.